THE HONORABLE BARBARA J. ROTHSTEIN

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

MICHAEL EPSTEIN, individually and on
behalf of all others similarly situated,

9

Plaintiff,

10

11

vs.

12

CRAY INC., STEPHEN C. KIELY, PETER J.
UNGARO, SALLY G. NARODICK, DANIEL
C. REGIS, DR. PRITHVIRAJ BANERJEE,
CATRIONA M. FALLON, BRIAN V.
TURNER, MAX L. SCHIRESON, and
STEPHEN E. GOLD,

13

14

15

16

Defendant.

NO. 2:19-cv-01026-BJR

**NOTICE OF VOLUNTARY
DISMISSAL**

17

18

19

        In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael

20

Epstein, by counsel, hereby gives notice that he is dismissing all claims in the above-referenced

21

matter, with prejudice to himself and without prejudice as to all others similarly situated.

22

Because this notice of dismissal is being filed with the Court before service by defendants of

23

either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is

24

effective upon the filing of this notice.

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

RESPECTFULLY SUBMITTED AND DATED this 27th day of August, 2019.

2

TERRELL MARSHALL LAW GROUP PLLC

3

By: /s/ Beth E. Terrell, WSBA #26759

4

Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com

5

936 North 34th Street, Suite 300
Seattle, Washington 98103-8869

6

Telephone: (206) 816-6603

7

Facsimile: (206) 319-5450

8

Nadeem Faruqi
Email: nfaruqi@faruqilaw.com

9

James M. Wilson, Jr.
Email: jwilson@faruqilaw.com

10

FARUQI & FARUQI, LLP

11

685 Third Avenue, 26th Floor
New York, New York 10017

12

Telephone: (212) 983-9330
Facsimile: (212) 983-9331

13

14

*Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

No Appearances

*Attorneys for Defendants*

DATED this 27th day of August, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email:  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

NOTICE OF VOLUNTARY DISMISSAL - 3
CASE NO. 2:19-CV-01026-BJR